**CHAPTER 7**
**PRE-PETITION SERVICES**

| | | |
|---|---|---|
| 1. | Consultation with debtor regarding filing of petition | 3/4 Hour |
| 2. | Meeting with debtor to collect information and prepare petition | 1 Hour |
| 3. | Preparation of petition by office | 1 Hour |
| 4. | Review of petition with client and signing of petition | 1/2 Hour |

                                          /S/
                                      Bruce Weiner
                                      Attorney for the Debtor
                                      26 Court Street, Suite 2211
                                      Brooklyn, New York 11242
                                      (718) 855-6840